LAW OFFICES
OF

## CORREIA, KING, MCGINNIS & LIFERIEDGE*

EMPLOYEES OF THE LIBERTY MUTUAL GROUP, INC.
ONE BATTERY PARK PLAZA 29TH FLOOR
NEW YORK, NEW YORK 10004-1437
TELEPHONE (212) 487-9701
FAX: (603) 334-7912
EMAIL: mark.labe@libertymutual.com

*please reply to our New Jersey office:
Viscomi & Lyons
Mt. Kemble Corporate Center
360 Mt. Kemble Ave., Suite B1000
Morristown, NJ 07960

DOREEN J. CORREIA
THOMAS J. KING
KEVIN J. McGINNIS
BRIAN S. LIFERIEDGE
_____
DAWN K. GILBERT
VINCENT A. BRESCIA
PHILIP J. DeBERNARDIS
JERRY I. HESS
GLENDA R. CUNNINGHAM
LAURA R. EFRA II
SAMUEL G. LESMAN
JAMES MASTOROS
MICHELLE T. BAGINSKI
JOSE M. GOMEZ
GERALDINE AINE

JENNIFER P. MAAS
JOSEFINA BELMONTE
AMANDA PRESCOTT-SEVERIN
JEREMY SEEMAN
MICHAEL DeGUIDA-DeRISE
LAURENT CHEVALIER
RYAN HERSHKOWITZ
KARINA LEVENTUL
NIGERIA ALJURE
DAVID LO
NICHOLAS GIORDANO

SUBROGATION COUNSEL
MARK S. LABE

LEGAL OFFICE MANAGER
JANET M. TAKACS

Mark S. Labe, Esq.
Direct Dial: 973-461-7356
mark.labe@libertymutual.com

Hon. Nelson S. Roman, USDJ
Federal Building & U.S. Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

*The application is granted. The Initial Pre-trial Conf. is adjourned from Jan. 31, 2020 until April 3, 2020 at 12:00 pm. Clerk of the Court requested to terminate the motion (doc. 18).*

**SO ORDERED:**

*Dated: Jan. 30, 2020*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:    Liberty Insurance Corporation a/s/o Lilia Tse and Haoyang Li v. Whirlpool Corporation
       Civil Action No.: 7:19-cv-01954-NSR

Dear Judge Roman:

This office represents Plaintiff in this matter. I write this letter with the consent of defense counsel Karen Ondrovic in anticipation of an initial court conference scheduled for January 31, 2020, at 11:50 AM in your chambers.

This is a fairly simple subrogated property damage case, where plaintiff alleges a stove purchased and then replaced through Home Depot was installed with improper clearance resulting in a fire and property damage to Liberty's insured.

Ms. Ondrovic's office answered on behalf of Whirlpool and is representing them based on a tender acceptance by Selective under Selective's policy with Reno's Appliance.

We just learned today from counsel that Reno's sub-contracted out the installation in question to Erik Monge d/b/a Inmovar Installations a/k/a J & G Installs, LLC. We were also told about potential insurance coverage for Erik Monge d/b/a Inmovar and the identity of an insurance agent.

ELECTRONICALLY FILED
1/30/2020

In light of the above, the parties jointly seek a 60 day adjournment of the January 31, 2020 initial court conference so the Complaint can be amended to bring Reno's Appliance and Erik Monge d/b/a Inmovar Installations a/k/a J & G Installs LLC, into the case. As mentioned, defense attorney Karen A. Ondrovic has provided consent to adjourn the conference and to amend the Complaint to add Reno's Appliance and Erik Monge d/b/a Inmovar Installations a/k/a J & G Installs, LLC, as defendants.

We will await further word from the court about the most expeditious manner to proceed forward.

Respectfully submitted,

MARK S. LABE, ESQ.

cc: Karen A. Ondrovic, Esq.